**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 19th JUDICIAL DISTRICT -     :   No. 31 MM 2020
REQUEST FOR EMERGENCY JUDICIAL   :
ORDER                                  :

## ORDER

**AND NOW**, this 17th day of March, 2020, as the Honorable Joseph C. Adams, President Judge of the Nineteenth Judicial District, has filed a Declaration pursuant to this Court's Order declaring a General Statewide Judicial Emergency, *see* 531 Judicial Administration Docket (order dated March 16, 2020), the Request for an Emergency Judicial Order is DISMISSED AS MOOT.

THOMAS G. SAYLOR
Chief Justice of Pennsylvania